Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of FLORIDA
BROWARD Division

MAR 21 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Case No. 1:25-cv-1525

*(to be filled in by the Clerk's Office)*

DEXTER HULL
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

ANDRE A. ROUVIERE, LAW OFFICES of ANDRE A. ROUVIERE, et al.
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | DEXTER HULL |
   | Street Address | 4483 LYONSHEAD CIR |
   | City and County | LITHONIA |
   | State and Zip Code | GA 30038 |
   | Telephone Number | 770-283-0099 |
   | E-mail Address | dexter2bros@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: ANDRE A. BOUVIERE
- Job or Title *(if known)*:
- Street Address: 4070 Laguna Street
- City and County: Coral Gables
- State and Zip Code: FL. 33146
- Telephone Number: 305-774-7000
- E-mail Address *(if known)*:

Defendant No. 2
- Name: LAW OFFICES OF ANDRE A, ROUVIERE
- Job or Title *(if known)*:
- Street Address: 4070 Laguna Street
- City and County: Coral Gables
- State and Zip Code: FL, 33146
- Telephone Number: 305 774-7000
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* DEXTER HULL, is a citizen of the State of *(name)* GEORGIA.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* LAW OFFICES OF ANDRE BOUVI , is incorporated under the laws of the State of *(name)* FLORIDA , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

$885,000.00 it's the amount in controversey because the plaintiff is suing for treble damages stemming from his loss of $60,000 down payment, plus 12 months of car notes in the amount of 2,500 dollars, plus 25,000.00 for an attorney. Additionally, Mr. Hull had to pay $180,000.00 in cash for a new Rolls Royce vehicle.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

This case begins with Jacqueline Acevedo a music industry video producer who purchased Cars For the set of the music videos and her real estate mogul friend and financier Dexter Hull.
Miss Acevedo purchased a total of 3 high end vehicles namely, a Bentley and two Rolls Royce vehicles for her business. Mr. Hull invested in her last purchase of the Rolls Royce Wraith. On the third and last purchase Mr. Hull wired $60,000 from his personal account for the down payment of the Rolls Royce Wraith ( see Exhibit A). Mr. Hull also paid the monthly car notes of $2,700.00 from his personal account never missing a payment for one year.(See Exhibit B). This showed that Mr. Hull was cuurent on his payments on the Rolls Royce Wriath.

Mr. Hull also paid the car insurance on the The Rolls-Royce Wraith through GEICO Insurance. Policy number 6017- 83-29-05  Coverage Period: 04-11-21 through10-11-21 (Exhibit C)

Defendants exotic car leasing unlawfully and fraudulently caused the cars to be repossessed. Fraudulently claiming the cars to be late on monthly payments and without insurance. Once they fraudulently repossessed the vehicles, Mr. HULL then hired a bankruptcy attorney who was later convinced by the owner and president Sean Axani to disregard the filing of a bankruptcy because the defendants Exotic Car Leasing promised to return the car but waited until after the 10 days allowed under federal Bankruptcy law to file Bankruptcy for return of the car and stopped answering their phone, This caused the plaintiff to have no chance of having the car returned under section 11USC 542 the turover provision of the U.S, Bankruptcy Code; even though all of the notes were current and the cars were insured.

Mr. HULL then assisted miss Acevedo by hiring an attorney in the case of Jacqueline Acevedo versus Exotic Car Leasing L.L.C. Case no: CACE21021128.
During this proceeding The attorney who was paid to represent miss acevedo or the financial interest of Mr. HULL, somehow missed the deadline for discovery which caused Irreparable harm and when the attorney missed the deadline for discovery he caused pertinent information to be precluded from the jury.  The opposing counsel's case was solely built upon not having insurance and the cars not being current which is quite unfortunate because there was insurance on the vehicles ( See exhibit C) and the car notes were current.
 The opposing council did not have a case, however, because this atorney missed the deadline for discovery, it caused the case to be lost and when he missed the deadline for discovery that was legal malpractice. This legal Malpractice caused Mr. Hull to lose his investment which gave him "injury in fact" first person standing so that he could file this lawsuit, See Barrows v. Jackson.


 This fraudulent repo Scheme  became the causation of further loss to Mr. Hull because once the vehicle that hull invested in for one year was fraudulently repossessed, Mr. hull had to go out and purchased another Rolls Royce Wraith costing him $180,000 that he paid in cash ( See Exhibit D.)

Due to a real estate deal where an investor put up $250,000 and the deal fell through; Mr. Hull had to give the investor his Rolls Royce. The Exotic Car Leasing's fraudulent repossession became the proximate causation of that  additional $180,000.00 loss incurred by  Mr. Hull.  Mr. HULL's total loss in this fraudulent repo case was: $60,000 down payment, plus 12 months of car payments at $2700 for a total of $30,000, plus 25,000 for attorneys fees, plus $180,000 paid in cash for the new vehicle that he had to purchase to replace the Rolls Royce Rath that was illegally and fraudulently repossessed.
 This totals a loss of $295,000. Mr Hull would not have had to purchase the new Rolls Royce had the original Rolls Royce not been illegally repossessed. Mr. Hull is suing for treble damages in the amount of $885,000.00

MR. HULL makes the following disclaimer: The mentioning of miss Jacqueline Acevedo was only to describe how Mr. HULL incurred his losses. He in no way is advocating on behalf of miss Acevedo and is not an attorney.
Mr. Hull is pursuing this action on his own behalf as a result of his own monetary losses and therefore brings this action for LEGAL MALPRACTICE for Mr. Hull and Mr. HULL only.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Mr. HULL believes he is entitled to recoup his losses and punitive damages in the amount of $885,000 in trouble damages. If it were not for the fraudulent repossession of the vehicle, namely the Rolls Royce Wraith that Mister HULL invested in, he would not have incurred a loss of $295,000.

Mr. HULL attaches his exhibits as his proof of claim and humbly asks this honorable court to order the requested relief or in the alternative set this matter in a scheduling order for a trial by jury in the interest of justice and to preserve the integrity of the judicial process.

Mr Hull certifies that under the pains and penalties of perjury pursuant to 28 USC 1746 that the following statement of claim is true and correct to the best of his knowledge. Mr. Hull also certifies that a certified copy of this foregoing claim has been served on the defendants by certified United States Postal mail..

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/20/2025

Signature of Plaintiff
Printed Name of Plaintiff     DEXTER HULL

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number

*Exhibit C*



**GEICO Indemnity Company**
One GEICO Center
Macon, GA 31295-0001

Tel: 1-800-841-3000

# Declarations Page
This is a description of your coverage.
Please retain for your records.

**Policy Number: 6017-83-29-05**
**Coverage Period:**
04-11-21 through 10-11-21
Your coverage begins and ends at 12:01am local time at the address of the named insured.

**Endorsement Effective: 04-18-21**

Date Issued: April 18, 2021

WILLIE BUCKINES
2115 PIEDMONT RD NE APT 3104
ATLANTA GA 30324-4166

Email Address: wbuckines85@gmail.com

| **Named Insured** | **Additional Drivers** |
|---|---|
| Willie Clark Buckines | None |

| **Vehicles** | **VIN** | **Vehicle Location** | **Finance Company/ Lienholder** |
|---|---|---|---|
| 1  2014 R Royce Ghost | SCA664S53EUX52629 | MIRAMAR FL 33025 | |
| 2  2014 R Royce Wraith | SCA665C51EUX84340 | MIRAMAR FL 33025 | |

| **Coverages*** | **Limits and/or Deductibles** | **Vehicle 1** | **Vehicle 2** |
|---|---|---|---|
| Bodily Injury Liability  Each Person/Each Occurrence | $10,000/$20,000 | $285.20 | $213.60 |
| Property Damage Liability | $10,000 | $191.80 | $141.40 |
| Personal Injury Protection | $1,000 Ded/Insd&Rel | $336.40 | $310.80 |
| Uninsured Motorist/Stacked  Each Person/Each Occurrence | $10,000/$20,000 | $163.40 | $180.90 |
| Comprehensive (Excluding Collision) | $1,500 Ded | $937.80 | $927.50 |
| Collision | $1,500 Ded | $2,722.90 | $1,946.70 |
| Emergency Road Service | ERS FULL | - | $18.00 |
| **Six Month Premium Per Vehicle** | | **$4,637.50** | **$3,738.90** |
| **Total Six Month Premium** | | | **$8,376.40** |

*Coverage applies where a premium or $0.00 is shown for a vehicle.